# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
### SOUTH BEND DIVISION

| | | |
|---|---|---|
| BRAUNEL MACKEY, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 3:16-CV-577-PPS-MGG |
| | ) | |
| SUPERINTENDENT, | ) | |
| | ) | |
| Respondent. | ) | |

## OPINION AND ORDER

Braunel Mackey, a pro se prisoner, filed a habeas corpus petition challenging the prison disciplinary hearing (MCF 16-03-229) that was held at the Miami Correctional Facility on March 24, 2016. The Disciplinary Hearing Officer (DHO) found him guilty of being in an unauthorized area in violation of C-366 and sanctioned him with a written reprimand. A prison disciplinary action can only be challenged in a habeas corpus proceeding where it results in the lengthening of the duration of confinement. *Hadley v. Holmes*, 341 F.3d 661, 664 (7th Cir. 2003). This written reprimand did not lengthen the duration of Mackey's confinement, therefore habeas corpus relief is not available in this case.

For these reasons, the petition is **DENIED** pursuant to Habeas Corpus Rule 4 and the clerk is **DIRECTED** to close this case.

**SO ORDERED.**

ENTERED: October 14, 2016

s/ Philip P. Simon
PHILIP P. SIMON, CHIEF JUDGE
UNITED STATES DISTRICT COURT